# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

2004 AUG -5 A 11: 03

In re *Davis Levan Hammond*

Case No. 04-26862-SBB
Chapter 7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. **Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

b. **Property to Be Retained.** [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *2003 Nissan Altima S* | *Nissan Motor Accept Corp* | *Retain* | | |

Signature of Debtor(s)

Date: 8-4-04     Debtor: *Davis Hammond*

Date: _____   Joint Debtor: _____

Page 1 of 1